JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANK A. RUST, | ) | No. ED CV 06-00576-PA (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| TIMOTHY E. BUSBY, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the findings and recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: August 13, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE